United States District Court
Southern District of Texas
**ENTERED**
January 25, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Julie K. Lewis, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-23-4798 |
| | § | |
| Trilogy Medwaste, Inc. | § | |
| and Kohlberg Kravis Roberts & Co., L.P., | § | |
| | § | |
| Defendants. | § | |

## ORDER

It is **ORDERED** that Unopposed Motion to Extend Time (docket no. 11) is **GRANTED**;

Defendants' responsive pleading to Plaintiff's Complaint is due by **February 24, 2024**.

It is further **ORDERED** that the Initial Pretrial and Scheduling Conference is **RESET** to **May 17, 2024 at 2:00 p.m.**

**SIGNED** at Houston, Texas, on this 25th day of January, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE